UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          NO.   4:18-MJ-28-BD

ALEXANDER JOSEPH JORDAN                                              DEFENDANT

**ORDER**

The Defendant Alexander Jordan appeared, with counsel, for initial appearance on February 27, 2018. Mr. Jordan asked for an immediate detention hearing, which is scheduled for Wednesday, February 28, 2018, at 2:00 p.m.

Mr. Jordan is remanded to the custody of the United States Marshal for detention pending his detention hearing. Mr. Jordan must be afforded a reasonable opportunity to consult privately with defense counsel.

Dated this 27th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE